UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALEXANDER,<br><br>      Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HOSPITALS,<br><br>      Defendant.<br>_____/ | No. C-11-02385 (DMR)<br><br>**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff's request to continue the Initial Case Management Conference. Plaintiff's request is granted. The Initial Case Management Conference previously scheduled for August 31, 2011 has been CONTINUED to **September 21, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 14, 2011.** Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

    IT IS SO ORDERED.

Dated: August 11, 2011

                                                DONNA M. RYU<br>                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California