MICHAEL W. FOSTER (State Bar No. 127691)
MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
ERIN L. WINTERS (State Bar No. 260559)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

RICHARD A. HOYER (State Bar No. 151931)
David C. Lipps (State Bar No. 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:  (415) 956-1360
Facsimile: (415) 276-1738

Attorneys for Plaintiff
DANNY ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALEXANDER, | Case No.  C11-02385 PJH |
| Plaintiff, | **STIPULATION TO EXTEND ADR DEADLINE** |
| vs. | |
| KAISER FOUNDATION HOSPITALS; and DOES 1 through 50, inclusive, | Case Filed: May 16, 2011 |
| Defendants. | |

Due to the trial calendar of defense counsel, the parties have been unable to schedule and complete necessary depositions prior to the court ordered ADR deadline of April 4, 2012.

To date, Defendants have taken and completed Plaintiff's deposition.  Additionally, after the

1
**STIPULATION TO EXTEND ADR DEADLINE**

parties resolve certain outstanding issues with regard to Plaintiff's first set of written discovery, Plaintiff intends to schedule a few targeted depositions to assist with the overall settlement analysis of this matter.  Given the time necessary to complete this initial discovery, the parties anticipate that a mediation could be completed by late June (Plaintiff's counsel have a trial schedule for early June), and are actively working to do so.

Accordingly, the parties hereby request to extend the current ADR deadline from April 4, 2012 to June 29, 2012.

The trial is scheduled on March 11, 2013.  The parties do not anticipate that requested extension will impact the trial date

So Stipulated.

Dated:  April 3, 2012                            FOSTER EMPLOYMENT LAW

                                                              /s/        Madelyn Jordan-Davis
                                                             Michael W. Foster, Esq.
                                                             Madelyn G. Jordan-Davis, Esq.
                                                             Attorneys for Defendant
                                                             KAISER FOUNDATION HOSPITALS

Dated:  April 3, 2012                            HOYER & ASSOCIATES

                                                             _____
                                                             Richard A. Hoyer, Esq.
                                                             David C. Lipps, Esq.
                                                             Attorneys for Plaintiff
                                                             DANNY ALEXANDER

IT IS HEREBY ORDERED that the mediation deadline be continued in accordance with the parties' stipulation herein.

Dated:  4/4/12                                      IT IS SO ORDERED.

                                                             _____
                                                             Judge of the District Court