MICHAEL W. FOSTER (State Bar No. 127691)
MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
ERIN L. WINTERS (State Bar No. 260559)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

RICHARD A. HOYER (State Bar No. 151931)
David C. Lipps (State Bar No. 269933)
HOYER & ASSOCIATES
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:  (415) 956-1360
Facsimile: (415) 276-1738

Attorneys for Plaintiff
DANNY ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALEXANDER,<br><br>          Plaintiff,<br>   vs.<br><br>KAISER FOUNDATION HOSPITALS;<br>and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.  C11-02385 PJH<br><br>**STIPULATION TO EXTEND ADR DEADLINE**<br><br>Case Filed: May 16, 2011 |

Due to the trial calendar of defense counsel, the parties have been unable to schedule and complete necessary depositions prior to the court ordered ADR deadline of April 4, 2012.

To date, Defendants have taken and completed Plaintiff's deposition.  Additionally, after the

1
**STIPULATION TO EXTEND ADR DEADLINE**

1 parties resolve certain outstanding issues with regard to Plaintiff's first set of written discovery,
2 Plaintiff intends to schedule a few targeted depositions to assist with the overall settlement analysis
3 of this matter.  Given the time necessary to complete this initial discovery, the parties anticipate that
4 a mediation could be completed by late June (Plaintiff's counsel have a trial schedule for early June),
5 and are actively working to do so.

6  Accordingly, the parties hereby request to extend the current ADR deadline from April 4,
7 2012 to June 29, 2012.

8  The trial is scheduled on March 11, 2013.  The parties do not anticipate that requested
9 extension will impact the trial date

10  So Stipulated.

11 Dated:  April 3, 2012                FOSTER EMPLOYMENT LAW

             /s/      Madelyn Jordan-Davis
             Michael W. Foster, Esq.
             Madelyn G. Jordan-Davis, Esq.
             Attorneys for Defendant
             KAISER FOUNDATION HOSPITALS

17 Dated:  April 3, 2012                HOYER & ASSOCIATES

             Richard A. Hoyer, Esq.
             David C. Lipps, Esq.
             Attorneys for Plaintiff
             DANNY ALEXANDER

22 IT IS HEREBY ORDERED that the mediation deadline be continued in accordance with the
23 parties' stipulation herein.

24 Dated: 4/4/12                        IT IS SO ORDERED.



             Judge of the _____ Court

2
**STIPULATION TO EXTEND ADR DEADLINE**